**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Villareal-Rodriguez<br><br>  Petitioner,<br>vs.<br><br>Katrina Kane, et al.,<br><br>  Respondents. | No. CV-07-1549-PHX-PGR (DKD)<br><br>ORDER |

Pending before the Court is petitioner Jesus Villareal-Rodriguez's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, wherein he seeks to be released from his lengthy detention pending the resolution of his administrative removal proceedings. In an Report and Recommendation entered on June 23, 2008, Magistrate Judge Duncan recommended that the habeas petition be granted and that the petitioner either be released from custody under an order of supervision or that the United States provide him with an administrative bail hearing within 60 days. On July 11, 2008, the respondents filed a Notice of No Objection (doc. #18), wherein they state that they would not be filing any objection to the Report and Recommendation.

Having reviewed the Report and Recommendation, the Court finds that Magistrate Judge Duncan correctly determined that habeas relief is warranted

because the petitioner has now been in custody for some 29 months and his administrative removal proceedings, which are the result of the Ninth Circuit Court of Appeal's decision reversing the BIA's finding of deportability, are still ongoing with no definite termination point.   Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #14) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that petitioner Jesus Villareal-Rodriguez's Petition Under 29 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody is granted and that the petitioner Jesus Villareal-Rodriguez, A090-061-184, shall either be released from custody under an order of supervision, or shall be provided a hearing no later than September 15, 2008 before an immigration judge with the power to grant him bail unless the United States establishes that the petitioner is a flight risk or will be a danger to the community.  The Clerk of the Court shall enter judgment accordingly.

DATED this 14th day of July, 2008.

Paul G. Rosenblatt
United States District Judge